No. 88–5028. SMITH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 88–5029. WEST v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 88–5030. WITHERSPOON, INDIVIDUALLY, AND AS MOTHER AND NEXT FRIEND ON BEHALF OF GAINES, ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5036. BYRD v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–5037. COSTANZO v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 88–5038. KINNARD v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5039. JEFFERS v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–5045. PATTERSON v. KELLEY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 88–5046. DOZIER v. DEPARTMENT OF EDUCATION. C. A. Fed. Cir. Certiorari denied.

No. 88–5047. ENGLERT v. SMALL BUSINESS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 88–5051. GREENO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–5056. TRIPATI v. BRIMMER. C. A. 10th Cir. Certiorari denied.

No. 88–5058. RODRIGUEZ v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–5059. SOCEY ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.